IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Philip J. Dewey, Jr., et al., | Consolidated Case Nos. 3:06CV2244 |
| | 3:07CV 2190 and 3:07CV2192 |
| Plaintiff(s) | |
| v. | TRANSFER ORDER |
| D&B Transportation, Inc., et al., | |
| Defendant(s) | |

For good cause having been shown, it is hereby

ORDERED THAT this case is transferred to the docket of the Hon. Donald C. Nugent for all further proceedings, including trial.

So ordered.

/s/ James G. Carr
James G. Carr
Chief Judge

/s/ Donald C. Nugent
Donald C. Nugent
U. S. District Judge